LECTRONIC SERVICE - Ito v. Sam's Club Paulding County State Court CAN 23-SV-000094 - Supplement to

From: Anne Rogers
Sent: Monday, January 22, 2024 10:48 AM
To: 'Matthew Momtahan'; Jennie E. Rogers
Cc: 'Jessica Momtahan'; Stephanie@MomtahanLaw.com; brianna@momtahanlaw.com
Subject: RE: STATUTORY ELECTRONIC SERVICE - Ito v. Sam's Club, Paulding County State Court
CAN: 23-SV-000094 - Supplement to Plaintiff's Discovery Responses

Received and downloaded; thanks so much!

Anne Rogers
Paralegal to Jennie E. Rogers
McLain & Merritt, P.C.
3445 Peachtree Road, NE, Suite 500
Atlanta, Georgia 30326

From: Matthew Momtahan <matthew@momtahanlaw.com>
Sent: Monday, January 22, 2024 9:51 AM
To: Anne Rogers <arogers@mmatllaw.com>; Jennie E. Rogers <jrogers@mmatllaw.com>
Cc: 'Jessica Momtahan' <jessica@momtahanlaw.com>; Stephanie@MomtahanLaw.com; brianna@momtahanlaw.com
Subject: RE: STATUTORY ELECTRONIC SERVICE - Ito v. Sam's Club, Paulding County State Court CAN: 23-
SV-000094 - Supplement to Plaintiff's Discovery Responses

Good morning,

Try this one:
https://www.dropbox.com/scl/fo/mrytcfzjfn9thinkgx00i/h?rlkey=0mrhsc2l134ifl1w5o17
2nran&dl=
0

Please let me know if it doesn't work.

Thank you.

Regards,

Matthew Momtahan
***Please remember to REPLY ALL when replying to any and all emails from our office***


Disclosures & Disclaimers:
NOTICE: A portion of this law firm's practice involves the collection of
debt.  Accordingly, we may be attempting to collect a debt and any information obtained
will be used for that purpose.

NOTICE: This email and all attachments are confidential and intended solely for the
recipients as identified in the "To," "Cc," and "Bcc" lines of this email. This

LECTRONIC SERVICE - Ito v. Sam's Club Paulding County State Court CAN 23-SV-000094 - Supplement to

email may
contain privileged attorney/client communications or work product.  Any dissemination
of this email by or to anyone other than an intended recipient is strictly prohibited. If you
are not a named or intended recipient, your receipt of this email and its attachments is
the result of an inadvertent disclosure or unauthorized transmittal. Sender reserves and
asserts all rights to confidentiality, including all privileges that may apply. If you are not a
named recipient or if you believe you have received this email in error, immediately
delete and destroy all copies of the email and its attachments, in whatever form, and
immediately notify the sender of your receipt of this email. Do not review, copy, or rely
on in any way the contents of this email and its attachments.

NOTICE: No duties or privileged relationships are intended or created by this
communication where they do not otherwise exist.  No attorney client relationship shall
exist with any recipient in the absence of an executed engagement letter or fee
contract.  All rights of the sender for violations of the confidentiality and privileges
applicable to this email and any attachments are expressly reserved.

NOTICE: Pursuant to U.S. Treasury Department Circular 230, any tax advice contained
in this communication (including any attachments) is not intended to be used, and

cannot be used, for purposes of (i) avoiding any tax-related penalties under the U.S.
Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party
any tax-related matter addressed herein.

From: Anne Rogers <arogers@mmatllaw.com>
Sent: Monday, January 22, 2024 8:34 AM
To: 'Matthew Momtahan' <matthew@momtahanlaw.com>; Jennie E. Rogers <jrogers@mmatllaw.com>
Cc: Jessica Momtahan <jessica@momtahanlaw.com>; Stephanie@MomtahanLaw.com; brianna@momtahanlaw.com
Subject: RE: STATUTORY ELECTRONIC SERVICE - Ito v. Sam's Club, Paulding County State Court CAN: 23-
SV-000094 - Supplement to Plaintiff's Discovery Responses

Good morning,

Unfortunately the link seems like it isn't working; could you please resend?

Thank you,

LECTRONIC SERVICE - Ito v. Sam's Club Paulding County State Court CAN 23-SV-000094 - Supplement to
Anne

Anne Rogers
Paralegal to Jennie E. Rogers
McLain & Merritt, P.C.
3445 Peachtree Road, NE, Suite 500
Atlanta, Georgia 30326

From: Matthew Momtahan <matthew@momtahanlaw.com>
Sent: Friday, January 19, 2024 1:49 PM
To: Jennie E. Rogers <jrogers@mmatllaw.com>; Anne Rogers <arogers@mmatllaw.com>
Cc: Jessica Momtahan <jessica@momtahanlaw.com>; Stephanie@MomtahanLaw.com; brianna@momtahanlaw.com
Subject: STATUTORY ELECTRONIC SERVICE - Ito v. Sam's Club, Paulding County State Court CAN: 23-SV-
000094 - Supplement to Plaintiff's Discovery Responses

Jennie,

As I emailed back in December, we have been having issues collecting all of Ms. Ito's medical
records and bills.

We finally believe that we received everything.  Our supplementation can be downlead from here:
https://www.dropbox.com/scl/fo/mrytcfzjfn9thinkgx00i/h?rlkey=7g6r2fmsxwak66rzrxxzfl59n&dl=0.

Unfortunately, there may be some duplicates in this production of bills and records that were
previously produced back in July.

Please do not hesitate to contact me if you have any questions.

Thank you.

Regards,

Matthew Momtahan
***Please remember to REPLY ALL when replying to any and all emails from our office***


Disclosures & Disclaimers:
NOTICE: A portion of this law firm's practice involves the collection of
debt.  Accordingly, we may be attempting to collect a debt and any information obtained
will be used for that purpose.

NOTICE: This email and all attachments are confidential and intended solely for the
recipients as identified in the "To," "Cc," and "Bcc" lines of this email. This

email may
contain privileged attorney/client communications or work product.  Any
dissemination
of this email by or to anyone other than an intended recipient is strictly
prohibited. If you
are not a named or intended recipient, your receipt of this email and its
attachments is
the result of an inadvertent disclosure or unauthorized transmittal. Sender
reserves and
asserts all rights to confidentiality, including all privileges that may apply.
If you are not a
named recipient or if you believe you have received this email in error,
immediately
delete and destroy all copies of the email and its attachments, in whatever form,
and
immediately notify the sender of your receipt of this email. Do not review, copy,
or rely
on in any way the contents of this email and its attachments.

NOTICE: No duties or privileged relationships are intended or created by this
communication where they do not otherwise exist.  No attorney client relationship
shall
exist with any recipient in the absence of an executed engagement letter or fee
contract.  All rights of the sender for violations of the confidentiality and
privileges
applicable to this email and any attachments are expressly reserved.

NOTICE: Pursuant to U.S. Treasury Department Circular 230, any tax advice
contained
in this communication (including any attachments) is not intended to be used, and

cannot be used, for purposes of (i) avoiding any tax-related penalties under the
U.S.
Internal Revenue Code, or (ii) promoting, marketing, or recommending to another
party
any tax-related matter addressed herein.


Disclaimer
The information contained in this communication from the sender is confidential.
It is intended solely for use by the
recipient and others authorized to receive it. If you are not the recipient, you
are hereby notified that any
disclosure, copying, distribution or taking action in relation of the contents of
this information is strictly prohibited
and may be unlawful.

This email has been scanned for viruses and malware, and may have been
automatically archived by Mimecast, a
leader in email security and cyber resilience. Mimecast integrates email defenses
with brand protection, security
awareness training, web security, compliance and other essential capabilities.

LECTRONIC SERVICE - Ito v. Sam's Club Paulding County State Court CAN 23-SV-000094 - Supplement to
Mimecast helps protect large and
small organizations from malicious activity, human error and technology failure;
and to lead the movement toward
building a more resilient world. To find out more, visit our website.

| **Carolyn Ito - Special Damages Itemization - Date of Loss - 12/05/2021** | | |
|---|---|---|

| **Total Expenses** | | |
|---|---|---|
| Wellstar Health System | ER Visit, CT Scan, X-ray | $8,472.00 |
| The Bortolazzo Group, LLC | ED Visit | $1,400.00 |
| Integrated Healthcare Center of Hiram | Office Visit, X-ray, Therapy Visit | $9,010.00 |
| Elite Radiology of Georgia, LLC | MRI | $1,950.00 |
| Medici Medical Arts, LLC | Office Visit, Injection, Anesthesia | $20,320.98 |
| Medici Surgical Center COBB, LLC | Surgical Procedures | $23,734.90 |
| Benchmark Physical Therapy-Powder Springs | Physical Therapy, Therapy Visit | $8,410.50 |
| **Total** | | **$73,298.38** |

| **Wellstar Health System** | | |
|---|---|---|
| 12/05/2021 | ER Visit, CT Scan, X-ray | $8,472.00 |
| **Total** | | **$8,472.00** |

| **The Bortolazzo Group, LLC** | | |
|---|---|---|
| 12/05/2021 | Emergency Department Visit | $1,400.00 |
| **Total** | | **$1,400.00** |

| **Integrated Healthcare Center of Hiram** | | |
|---|---|---|
| 12/15/2021-03/07/2022 | Office Visit, X-ray, Therapy Visit | $9,010.00 |
| **Total** | | **$9,010.00** |

| **Elite Radiology of Georgia, LLC** | | |
|---|---|---|
| 01/30/2022 | MRI of Cervical Spine | $1,950.00 |
| **Total** | | **$1,950.00** |

| **Medici Medical Arts, LLC** | | |
|---|---|---|
| 03/25/2022 | Office Visit | $881.60 |
| 04/04/2022 | Office Visit | $603.44 |
| 04/12/2022 | Introduction/Injection of Anesthetic Agent | $1,555.12 |
| 04/12/2022 | Introduction/Injection of Anesthetic Agent | $774.00 |
| 04/25/2022 | Office Visit | $603.44 |
| 05/24/2022 | Office Visit | $603.44 |
| 06/08/2022 | Office Visit | $603.44 |
| 07/18/2022 | Office Visit | $603.44 |
| 08/30/2022 | Office Visit | $603.44 |
| 09/26/2022 | Office Visit | $603.44 |
| 10/05/2022 | Introduction/Injection of Anesthetic Agent | $1,555.12 |
| 10/05/2022 | Introduction/Injection of Anesthetic Agent | $774.00 |
| 10/05/2022 | Introduction/Injection of Anesthetic Agent | $779.76 |
| 10/17/2022 | Office Visit | $603.44 |
| 11/14/2022 | Office Visit | $366.56 |
| 01/04/2023 | Office Visit | $603.44 |
| 01/26/2023 | Office Visit | $603.44 |
| 03/29/2023 | Office Visit | $603.44 |
| 05/02/2023 | Office Visit | $603.44 |
| 05/10/2023 | Lumbar-Sacral Orthosis | $1,821.54 |
| 06/12/2023 | Office Visit | $603.44 |
| 06/14/2023 | Introduction/Injection of Anesthetic Agent | $1,856.72 |
| 06/14/2023 | Introduction/Injection of Anesthetic Agent | $804.96 |
| 06/14/2023 | Anesthesia | $100.00 |
| 06/19/2023 | Office Visit | $603.44 |
| 08/02/2023 | Office Visit | $603.44 |

| | | | |
|---|---|---|---|
| Total | | | $20,320.98 |

| | | | |
|---|---|---|---|
| **Medici Surgical Center COBB, LLC** | | | |
| | 04/12/2022 | Medial Branch Block/Facet, Cervical/Thoracic | $3,390.70 |
| | 04/12/2022 | Medical Branch Block/Facet 2nd Cervical/Thoracic | $3,390.70 |
| | 10/05/2022 | Introduction/Injection of Anesthetic Agent | $3,390.70 |
| | 10/05/2022 | Introduction/Injection of Anesthetic Agent | $3,390.70 |
| | 10/05/2022 | Introduction/Injection of Anesthetic Agent | $3,390.70 |
| | 06/14/2023 | Introduction/Injection of Anesthetic Agent | $3,390.70 |
| | 06/14/2023 | Introduction/Injection of Anesthetic Agent | $3,390.70 |
| Total | | | $23,734.90 |

| | | | |
|---|---|---|---|
| **Benchmark Physical Therapy-Powder Springs** | | | |
| | 12/14/2022-05/16/2023 | Physical Therapy, Therapy Visit | $8,410.50 |
| Total | | | $8,410.50 |