IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

CAROLYN ITO,

    Plaintiff,

v.

WALMART, INC. & SAM'S EAST, INC.
d/b/a SAM'S CLUB STORE NO. 4802,

    Defendants.
_____/

Civil Action File No.
4:24-cv-00029-WMR

## DEFENDANT WAL-MART INC.'S
## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Defendant by through its undersigned counsel of record, and, pursuant to Fed. R. Civ. P. 7.1 and to Local Rule 87.1, hereby discloses the following subsidiary corporations of Defendant Wal-Mart, Inc.:

- ASDA Group Limited

- Beaver Lake Aviation, Inc.

- Bharti Walmart Private Limited

- Central American Retail Holding Company N.V.

- Walmart Claims Services, Inc. (formerly known as Claims Management, Inc.)

- Corporacion de Companias Agroindustriales

- Corporacion de Supermercados Unidos S.A.
- Distribucion y Servicio D&S S.A.
- La Fruga S.A.
- Massmart Holdings Ltd.
- Sam's East, Inc.
- Sam's Real Estate Business Trust
- Sam's West, Inc.
- Texas Retail Energy, LLC
- The Seiyu, Ltd.
- Wal-Mart Argentina S.R.L.
- Wal-Mart Associates, Inc.
- Wal-Mart Brasil, Ltda.
- Wal-Mart Canada Corp.
- Wal-Mart China Co., Ltd.
- Walmart de México, S.A. de C.V.
- Wal-Mart Leasing, Inc.
- Wal-Mart Louisiana, LLC
- Wal-Mart Puerto Rico, Inc.
- Wal-Mart Real Estate Business Trust

- Wal-Mart Stores Arkansas, LLC

- Wal-Mart Stores East, LP

- Wal-Mart Stores Texas, LLC

- Wal-Mart Transportation, LLC

- Wal-Mart.com USA, LLC

- WMS Supermercados do Brasil, S.A. (formerly Sonae Distribuicao Brasil S.A.)

No publicly held company owns 10% or more of this Defendant's stock.

This the 7th day of February, 2024.

                                              McLAIN & MERRITT, P.C.

_____
Jennie E. Rogers
Georgia Bar No. 612725
Attorney for Defendants
WALMART, INC.
SAM'S EAST, INC.

The undersigned counsel certifies that the foregoing **Defendant Walmart Inc.'s Corporate Disclosure Statement** has been prepared with one of the font and point selections approved by the court in LR 5.1B.

_____
Jennie E. Rogers

## CERTIFICATE OF SERVICE

This is to certify that on February 7, 2024, I electronically filed a **DEFENDANT WALMART INC.'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

    McLAIN & MERRITT, P.C.

    */s/ Jennie E. Rogers*

    Jennie E. Rogers
    Georgia Bar No. 612725
    Attorney for Defendants
    WALMART, INC.
    SAM'S EAST, INC.

3445 Peachtree Road, N.E., Suite 500
Atlanta, GA   30326
(404) 365-4576
(404) 364-3138 (fax)
jrogers@mmatllaw.com